DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TORRENCE SPELLS,**
Appellant,

v.

**STATE OF FLORIDA, DEPARTMENT OF REVENUE,
CHILD SUPPORT ENFORCEMENT** o/b/o **K'NYKERIA JOHNSON,
T.E.S.,** a child, and **T.M.S., JR.,** a child,
Appellees.

No. 4D17-2332

[November 8, 2017]

Appeal from the State of Florida, Department of Revenue; L.T. Case Nos. CSE #2000180696 and DEP #50160701095CA.

Torrence Spells, Boynton Beach, pro se.

Pamela Jo Bondi, Attorney General, and Carrie R. McNair, Assistant Attorney General, for appellee K'nykeria Johnson.

PER CURIAM.

*Affirmed.* *See* Fla. R. App. P. 9.315(a).

GERBER, C.J., GROSS and LEVINE, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***